**RECEIVED** 3/19/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

**FILED** 5/27/2020
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Willie S. Walker Jr.

JUDGE REINHARD
MAGISTRATE JUDGE JOHNSTON

**20CV50111**

(Enter above the full name of the plaintiff or plaintiffs in this action)

vs.

Dr. Zantz. M
NP Mershon. K
Warden John Eilers
U.I.C
Dr. Gantt

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL defendants in this action. Do not use "et al.")

**CHECK ONE ONLY:**

✓     COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

    A. Name: Willie S. Walker Jr.

    B. List all aliases: None

    C. Prisoner identification number: B11240

    D. Place of present confinement: Dixon Correctional Center

    E. Address: 2600 N. Brinton Ave.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Kristina Mershon

    Title: Nurse Practitioner

    Place of Employment: Dixon Correctional Center

    B. Defendant: Zantz, M

    Title: Doctor

    Place of Employment: Dixon Correctional Center

    C. Defendant: John Eilers

    Title: Warden

    Place of Employment: Dixon Correctional Center

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I. **Plaintiff(s):**

    A. Name: ~~Hospital of Chicago~~

    B. List all aliases: _____

    C. Prisoner identification number: _____

    D. Place of present confinement: _____

    E. Address: _____

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

    A. Defendant: Hospital of Chicago
       Title: U.I.C
       Place of Employment: 1801 W. Taylor St. Suite 1B Chicago, ILL 60618 U.I.C UNIVERSITY of ILLINOIS

    B. Defendant: DR. GANTT
       Title: Doctor UNIVERSITY of ILLINOIS
       Place of Employment: 1801 W. Taylor St. Suite 1B Chicago, ILL 60618 U.I.C. of Chicago

    C. Defendant: _____
       Title: _____
       Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES (N) NO ( ) If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES (N) NO ( )

C. If your answer is YES:

1. What steps did you take?
I filed a grievance under emergency, was told it was not an emergency by the warden, was sent to CAO then to counselor.

2. What was the result?
The warden thought that it was not emergency sent it to CAO, then sent it to counselor in the first week of November of 2019.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
Have not heard anything from counselor counselor has had the grievance for 4 months with no response counselor Baker

D. If your answer is NO, explain why not:
No appeal for the fact that counselor Baker has had it for 4 months with no response.

3

E. Is the grievance procedure now completed? YES ( ) NO (✓)

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is **YES**:

    1. What steps did you take?
I advised the Nurses about the pain I was in was very painfull, I had Hemorrohdial surgery bleeding and Protruding Hemorrhoids on 10/19/19. Surgery was on 10/18/19

    2. What was the result?
I was given a pain shot and Laxitive on 10/22/19 4 days Later I was given another shot and Laxitive on 10/26/19 No pain medication from 10/21/19 to 10/28/19 Surgery 10/18/19.

H. If your answer is NO, explain why not:

N/A

4

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Medical treatment 1996 don't know docket #. / medical treatment / 09C50303
Willie S. Walker Jr v. Tanya Munger 09C50303 (2009)

B. Approximate date of filing lawsuit: 1996, 2009

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Willie S. Walker Jr

D. List all defendants: 1996 Lawsuit don't Remember all Northern District 15th Judicial 2009 Nurse practitioner don't Remember the Name Northern District 17th Judicial Tanya Munger v. Willies Walker Jr.

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Federal Rockford, ILL Winnebago County (2009) Federal court Oregon, ILL Ogle County (1996), → Frederick Kapala

F. Name of judge to whom case was assigned: I believe Judge ~~[struck]~~ (1996) Rhineheart Judge ~~[struck]~~ (2009) Frederick J. Kapala

G. Basic claim made: Medical treatment

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed, 1996 Dismissed 2009

I. Approximate date of disposition: Dismissed 1998 Filed (1996) / Dismissed 2011 Filed (2009)

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

5

V.  Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On October 18th was taken to U.I.C for Hemorrhoidal Surgery on the 18th of October (2019) I was given a dose of Tylenol 3 with codine and on the 19th of october (2019) I was given 3 doses of Tylenol 3 with codine and on the 20th of october 2019 was given 3 doses of Tylenol 3 with codine and on the 21st of october 2019 I was given 2 doses of Tylenol 3 with codine. From the 21st of october 2019 to the 28th of october 2019 I was not given anything for the pain, I was on my bunk crying tears, bleeding all over my self in a 10 man dorm I was in alot of pain from october 21st to october 28th 2019. On October 22nd of 2019 I was given a pain shot that lasted 1 hour plus laxitives and I complained so much that on october 26th of 2019 I was given another shot that lasted for 1 hour plus laxitives and I asked the nurses that I needed something for the pain cause I had surgery on October 18th and I was in alot of pain I cryed for 10 days from october 18th to october 28th until finely I was given pain medication on the 28th of october 2019. I suffered alot for 10 days plus for 10 days no change of surgery dressing. Cruel unusual punishment, Neglect, no medical treatment.

6

Nurse practitioner Kristina Mershon told the nurses not to give me any pain medication, Nurse practitioner Kristina Mershon never examine Willie S. Walker Jr. To just say that I could not get pain medication, I was in alot of pain that I cryed tears every day from October 18th of 2019 to October 28th of 2019. Doctor Zantz, M forgot to sign off on the pain medication that Dr. Gantt's prescribe to Willie S. Walker Jr. for after the surgery of October 18th of 2019. of U.I.C That Dr. Gantt's did to Willie S. Walker Jr.

On March 3rd 2020 I was given another hemorrhodial surgery and am in alot of pain bleeding all the time, I was and am imbaressed, I'm in a 10 man dorm asked for a 2 man cell asked Ms. Carlson to move me to a 2 man cell she refused. I'm in alot of pain and bleeding all of the time from my second surgery I'm disfigured my anus looks all disfigured alot of lumps and very painfull when I use the bathroom, I asked Dr. Zantz to give me something different for the pain cause Tylenol 3 with codine is just not working, I believe the date I was seen by Dr. Zants 3/9/20 and Dr Zantz refused to change my pain medication. Dr. Gatt did both surgery's and to no avail it has not worked at all I am in alot of pain bleeding all of the time anus is swollen and very painful. The first surgery Dr. Gantt use staples and that did not work second surgery Dr. Gantt use sutures and Rubber band it and I advised Dr. Gantt that I did not want my hemorrhoids to be Rubber band and he Rubberband my hemorrhoids.

VI. Relief:

7

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

That I get compensated for all the pain and suffering that I went through for 10 days. No pain medication, no medical treatment. I'm asking for compensation of $40,000,000. No retaliation from the prisons and that I stay in Dixon so that the problem can be fixed by surgery. by a different doctor and hospital.

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 19th day of MARCH, 2020

*Willie S. Walker Jr.*

(Signature of plaintiff or plaintiffs)

WILLIE S. WALKER JR.
(Print name)

B11240
(I.D. Number)

2600 N. BRINTON AVE.
DIXON, ILL 61021
(Address)

8